IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jalil Kamali, | NO. C 06-02410 JW |
|       Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Michael Chertoff et al, | |
|       Defendants. | |

In light of the parties' recent ADR phone conference, the Court continues the case management conference scheduled for July 10, 2006 to **September 18, 2006 at 10:00 a.m.**

Dated: July 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward R. Litwin elitwin@litwinlaw.com
Ila Casy Deiss ila.deiss@usdoj.gov

**Dated: July 7, 2006**                                          **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers
                                                                        Melissa Peralta
                                                                        Courtroom Deputy**