1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 JALIL KAMALI,                          )
                                          ) No. C 06-2410 JW
13                                        )
                  Plaintiff,              )
14                                        )
          v.                              )
15                                        ) STIPULATION FOR REMAND and
   MICHAEL CHERTOFF, Secretary,           ) [PROPOSED] ORDER
16 EMILIO T. GONZALEZ, Director, CIS      )
   DAVID N. STILL, District Director,     )
17 FRANK SICILIANO, Officer in Charge     )
   Department of Homeland Security,       )
18                                        )
                  Defendants.             )
19 _____    )

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, that this action be remanded

22 pursuant to 8 U.S.C. 1447(b) to the United States Citizenship and Immigration Services

23 ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-

24 400") within 60 days after approval of this stipulation by the Court.

25 ///

26 ///

27 ///

28

Stipulation for Remand
C06-2410 JW

Dated: July 26, 2006                    Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Date: July 26, 2006                     _____/s/_____
                                        EDWARD R. LITWIN
                                        Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 08/01/2006                        _____
                                        JAMES WARE
                                        United States District Judge

Stipulation for Remand
C06-2410 JW                             2